**Miy'at Kali EL–BEY, Plaintiff–Appellant,**

v.

**Herman Melvin HOWELL, Judge, Defendant–Appellee,**

and

**Clover Police Department; CPL M.L. Wilson; A+ Garage & Towing; David Woods; J. Corsey Bentley, Defendants.**

No. 13–1991.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Jan. 13, 2014.

Miy'at Kali El–Bey, Appellant Pro Se.

Before KING, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miy'at Kali El–Bey seeks to appeal the district court's order accepting the recom-mendation of the magistrate judge and dismissing Defendant Judge Herman Melvin Howell without prejudice from this action filed under 42 U.S.C. § 1983 (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order El–Bey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*